1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

LUIS B. CABRERA,

Case No.  17-cv-00164-PJH

8

Plaintiff,

9

v.

**JUDGMENT**

10

JPMORGAN CHASE BANK, N.A., et al.,

11

Defendants.

12
13
14

The court having granted defendants' motion to dismiss plaintiff's federal claims

15

with prejudice,

16

it is Ordered and Adjudged

17

that plaintiff take nothing on these causes of action.

18

The Clerk shall close the file and remand the state law claims to the Superior

19

Court of the State of California, County of San Mateo.

20

**IT IS SO ORDERED.**

21

Dated: March 10, 2017

22
23

_____

24

PHYLLIS J. HAMILTON
United States District Judge

25
26
27
28

United States District Court
Northern District of California